IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN LECHER-ZAPATA,

    Plaintiff,

vs.

QBE INSURANCE CORPORATION,
a Wisconsin corporation, et al.,

    Defendant.

4:19-CV-3053

ORDER

IT IS ORDERED:

1. The plaintiff's motion to extend (filing 25) is granted.

2. The plaintiff may respond to the defendants' pending motions to dismiss (filing 11; filing 14; filing 16) on or before August 30, 2019.

3. The defendants may reply in support of their respective motions on or before September 6, 2019.

Dated this 29th day of July, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge